**Order entered June 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01368-CR

**VINCENT CROWLEY BERTRAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F12-56252-L**

## ORDER

The State's June 24, 2015 motion for extension of time to file the State's brief and to supplement the record on appeal is **GRANTED**. The State's brief received by the Clerk of the Court on June 24, 2015 is **DEEMED** timely filed on the date of this order.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the pass slips signed in this case on March 4, 2014; March 25, 2014; July 8, 2014; July 24, 2014; July 28, 2014; August 6, 2014; and September 5, 2014.

/s/    LANA MYERS
       JUSTICE